1  SCOTT S. FURSTMAN
   State Bar No.76476
2  510 North Third Street
   San Jose, California 95112
3  Telephone (408) 292-4132
   Facsimile  (408) 292-4162
4
   Attorney for Defendant,
5  ERICKA CHAVEZ

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         No. CR 06-00607 DLJ

12         Plaintiff,
                                     STIPULATION RE:  CONTINUANCE OF
13     v.                            STATUS CONFERENCE AND TO
                                     EXCLUDE TIME; [~~PROPOSED~~] ORDER
14 ERICKA CHAVEZ,

15         Defendant.

16

17     The defendant, through her counsel of record and plaintiff, through its counsel of record,

18 hereby stipulate that the status conference in the above-entitled matter, presently set for April

19 27, 2007may be continued to May 25, 2007.  This stipulation is entered into at the request of

20 counsel for the defendant who will be in Ohio on the date presently set. Further, additional time

21 is required to allow the parties to further pursue settlement negotiations and the preparation of a

22 plea agreement.

23
       The parties further stipulate that the time from April 23, 2007 to May 25, 2007 is
24
   excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18
25
   USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and
26
   continuity of counsel and further that the ends of justice outweigh the public's interest in a
27

28
                                            1
           **STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

1  speedy trial.

2     It is so stipulated.              /s/ Scott S. Furstman

3  Dated:  April 25, 2007

4                                       SCOTT S. FURSTMAN
                                      Attorney for Defendant,

5                                       Ericka Chavez

6

7                                      /s/ Kimberly Briggs

8  Dated : April 25, 2007
                                      KIMBERLY M. BRIGGS

9                                       Assistant U.S. Attorney
                                      per telephonic authority

10

11

12                                     [~~PROPOSED~~] ORDER

13      Good cause appearing and the parties having stipulated thereto, it is ordered that status

14  conference in the above-entitled matter is continued from April 27, 2007 to May 25, 2007 at

15  9:00 a.m. It is further ordered that the time between April 27, 2007 and May 25, 2007 is

16  excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and

17  continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial

18  by excluding time and continuing trial to October 3, ~~2006~~ 2007.

19      It is so ordered.

20

21  Dated: April 25, 2007                       _____
                                      D. LOWELL JENSEN

22                                       United States District Judge

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On April 25, 2007, I served a copy of the document(s) described below:

( X ) [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  ) [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  ) [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X ) [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Kimberly M. Briggs**
**Assistant U.S. Attorney**
**1301 Clay Street, Suite 340S**
**Oakland, CA  94612**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2007 at San Jose, California.

_____/s/_____
Scott S. Furstman

3
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**