1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

5

6 |    1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3680

7

Attorneys for the Plaintiff

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, )
)
11 | )  No. CR-06-00607 DLJ
)
12 |           Plaintiff, )
)  STIPULATION AND ORDER
13 |    v. )  TO CHANGE DATE FOR
)  CHANGE OF PLEA HEARING
14 | ERICKA CHAVEZ, )
)
15 |           Defendant. )
)
16 | _____ )

17 |     It is hereby stipulated, by and between the parties that the hearing for Ms. Chavez'

18 | change of plea be continued from Friday, August 17, 2007, at 9:00 a.m. to Friday, September 14,

19 | 2007, at 9:00 a.m.

20 |     It is also stipulated that the period from August 17, 2007, to September 14, 2007, shall be

21 | excluded from the calculation of time in which the trial of the above captioned matter must

22 | commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  Section

23 | 3161(h)(8)(A) and (B)(iv) allows for the exclusion of time because the interests of justice are

24 | served by granting a continuance.

25 |     Such continuance is required because documents from the defendant's supervised release

26

1

1  violation out of the District of Arizona have not arrived in this district yet.[1]

2

3  DATED: August 20, 2007            Respectfully submitted,

4

5                                          _____/s/_____
                                       KIMBERLY M. BRIGGS
6                                      Assistant United States Attorney

7

   DATED: August 17, 2007             _____/s/_____
8                                      SCOTT FURSTMAN
                                       Attorney for Ericka Chavez
9

           **IT IS SO ORDERED.**
10

11  DATED: August 17, 2007

12                                     _____
                                       D. LOWELL JENSEN
13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23  _____

24     [1]   Government counsel was unclear regarding the logistics of getting the defendant's
    supervised release violation transferred to this district.  Moreover, defense counsel has been in
25  trial for several weeks and was unable to meet with his client to obtain her signature which was
    necessary to get the documents sent here.  The government apologizes for the delay.
26  Government counsel believed that discussions with the AUSA in the District of Arizona would
    suffice in terms of packaging the matters.