SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
ERICKA CHAVEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICKA CHAVEZ,<br><br>Defendant. | No. CR 06-00607- DLJ<br>     CR-07-00552-DLJ related cases<br><br>STIPULATION RE:  CONTINUANCE OF SENTENCING; ORDER |

The defendant, through her counsel of record and plaintiff, through its counsel of record, hereby stipulate that the sentencing in the above-entitled matter, presently set for April 4, 2008 may be continued to April 18, 2008 at 10:00 A.M.  This stipulation is entered into at the request of counsel for the defendant who will be unavailable on the date presently set. Further, additional time is required to allow the defendant to complete a financial declaration and for the parties to submit their respective position papers re; sentencing.

It is so stipulated.                                          /s/ Scott S. Furstman

Dated: April 2, 2008                          _____
                                                             SCOTT S. FURSTMAN
                                                             Attorney for Defendant,
                                                             Ericka Chavez

1
**STIPULATION RE:  CONTINUANCE OF SENTENCING**

| | |
|---|---|
| Dated: April 2, 2008 | /s/ Kimberly Briggs<br>_____<br>KIMBERLY M. BRIGGS<br>Assistant U.S. Attorney<br>per telephonic authority |

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that sentencing in the above-entitled matter is continued from April 4, 2008 to April 18, 2008 at 10:00 A.M.

Dated: April 2, 2008

_____
D. LOWELL JENSEN
United States District Judge

2
**STIPULATION RE:  CONTINUANCE OF SENTENCING**

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On April 2, 2008, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE: CONTINUANCE
AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Kimberly M. Briggs
Assistant U.S. Attorney
1301 Clay Street, Suite 340S
Oakland, CA  94612**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2008 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman